UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR A. BATUHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSURITY FINANCIAL SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-04526-WHO<br><br>**ORDER REFERRING FORECLOSURE-RELATED ACTION TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Defendant Caliber Home Loans, Inc. ("Caliber")'s motion to dismiss plaintiff's first amended complaint is currently pending before the Court and is set for hearing on February 17, 2016. Dkt. No. 31. Plaintiff's original complaint, which I previously dismissed with leave to amend, did not inform the Court that she was behind on her mortgage loan payments. *See* Dkt. No. 1. Her first amended complaint alleges for the first time that Caliber issued to her a Notice of Default dated December 31, 2014. Dkt. No. 30 ¶¶ 9-10. The Notice of Default states that plaintiff must pay $43,480.99 (by February 4, 2015) to cure the default. Dkt. No. 30 at Ex. F. Based on the allegations in plaintiff's first amended complaint and the parties' briefing on the pending motion to dismiss, there is no indication that a foreclosure has taken place or that plaintiff has lost possession of the subject property.

In light of the new information in plaintiff's first amended complaint, and pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, I refer this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff and Caliber's counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than March 11, 2016. The parties need not submit written materials to the ADR Unit for the telephone conference. However, the parties shall be prepared to discuss the following subjects:

(1) Plaintiff's claims against Caliber.

(2) Prospects for loan modification.

(3) Prospects for settlement.

In addition, in preparation for the telephone conference, plaintiff shall do the following:

(1) Investigate her claims against Caliber to determine whether they have merit.

(2) If plaintiff is seeking a loan modification to resolve all or some of her claims, plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, **plaintiff shall immediately notify Caliber's counsel** of the request for a loan modification.

(3) Provide Caliber's counsel with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet, or application customarily used by financial institutions.

Caliber's counsel shall do the following:

(1) If Caliber is unable or unwilling to do a loan modification after receiving notice of plaintiff's request, Caliber's counsel shall promptly notify plaintiff to that effect.

(2) Arrange for a representative of Caliber with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time the telephone conference will be held. After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

The motion hearing set for February 17, 2016 and the case management conference set for March 8, 2016 are VACATED pending further order of the Court.

**IT IS SO ORDERED**.

Dated: February 10, 2016

WILLIAM H. ORRICK
United States District Judge