UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELEANOR A. BATUHAN,

    Plaintiff,

  v.

ASSURITY FINANCIAL SERVICES, LLC, et al.,

    Defendants.

Case No. 15-cv-04526-WHO

**ORDER GRANTING REQUEST FOR EXTENSION**

Re: Dkt. No. 44

On March 16, 2016, I issued an order granting defendant Caliber Home Loans' motion to dismiss plaintiff's first amended complaint and giving plaintiff 30 days to file her second amended complaint. Dkt. No. 43 at 10. I also gave plaintiff 60 days to file a certificate of service or declaration demonstrating that she has served defendant Assurity Financial Services, LLC. *Id.*

Plaintiff seeks an extension of the deadline to file her second amended complaint. Dkt. No. 44. The request is GRANTED. Plaintiff will have another 30 days to file her second amended complaint. This means that her second amended complaint is due the same date as her certificate of service or declaration demonstrating service on Assurity Financial Services, LLC – Monday, May 16, 2016.

**IT IS SO ORDERED**.

Dated: April 13, 2016

WILLIAM H. ORRICK
United States District Judge