UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR A. BATUHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSURITY FINANCIAL SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-04526-WHO<br><br>**ORDER REGARDING REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 46 |

On May 16, 2016, plaintiff Eleanor Batuhan filed a request for dismissal without prejudice, stating that she now wishes to file an action in state court against defendant Caliber Home Loans, Inc. ("Caliber"), Konduar Capital Corporation, and Bank of America, N.A. Dkt. No. 46.

Caliber shall file any response to this request by June 1, 2016. The response shall be no more than five pages in length. Batuhan's reply, if any, is due by June 8, 2016 and shall also be no more than five pages. After reviewing the parties' filings, I will decide whether a hearing is necessary.

**IT IS SO ORDERED**.

Dated: May 18, 2016



WILLIAM H. ORRICK
United States District Judge