UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR A. BATUHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASSURITY FINANCIAL SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04526-WHO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION**<br><br>Re: Dkt. No. 51 |

　　　　On June 17, 2016, I issued an order denying plaintiff's request to voluntarily dismiss her claims against defendant Caliber Home Loans, Inc. ("Caliber") without prejudice, holding that those claims could only be voluntarily dismissed with prejudice, and giving plaintiff 10 days to withdraw her request for dismissal and file a second amended complaint if she no longer wished to voluntarily dismiss her claims. Dkt. No. 50. On June 27, 2016, plaintiff filed a "Request for Extension" asking for an additional "30 to 60 days to attain legal assistan[ce]." Dkt. No. 50. Caliber has not filed a response.

　　　　Plaintiff's request for an extension is GRANTED. If plaintiff wishes to withdraw her request for voluntary dismissal and file a second amended complaint, she shall do so within 30 days of the date of this Order. No further extensions will be granted. If plaintiff does not withdraw her request for voluntary dismissal and file a second amended complaint within 30 days of the date of this Order, this case will be dismissed in accordance with the Order dated June 17, 2016 (Dkt. No. 50).

　　　　In deciding how to proceed, plaintiff is encouraged to seek assistance from the Legal Help Center by calling 415-782-8982 or by signing the appointment book outside the Legal Help Center's office on the 15th floor of the federal building at 450 Golden Gate Avenue, San Francisco, California. More information about the Legal Help Center is available online at

1  cand.uscourts.gov/helpcentersf.  Plaintiff is also encouraged to obtain a copy of this district's

2  handbook for parties representing themselves in federal court, available at cand.uscourts.gov/

3  prosehandbook.

4  **IT IS SO ORDERED**.

5  Dated: July 7, 2016



WILLIAM H. ORRICK
United States District Judge