UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELEANOR A. BATUHAN,

    Plaintiff,

  v.

ASSURITY FINANCIAL SERVICES, LLC, et al.,

    Defendants.

Case No. 15-cv-04526-WHO

**ORDER DISMISSING CASE**

On June 17, 2016, I issued an order denying plaintiff's request to voluntarily dismiss her claims against defendant Caliber Home Loans, Inc. ("Caliber") without prejudice, holding that those claims could only be voluntarily dismissed with prejudice, and giving plaintiff 10 days to withdraw her request for dismissal and file a second amended complaint if she no longer wished to voluntarily dismiss her claims. Dkt. No. 50.

Plaintiff subsequently filed a "Request for Extension" asking for an additional "30 to 60 days to attain legal assistan[ce]." Dkt. No. 51. On July 7, 2016, I granted the request and gave plaintiff an additional 30 days. Dkt. No. 52. I advised plaintiff that "[if] she does not withdraw her request for voluntary dismissal and file a second amended complaint within 30 days of the date of this Order, this case will be dismissed in accordance with the Order dated June 17, 2016 (Dkt. No. 50)." *Id.*

As of today's date, plaintiff has not filed any response. Accordingly, this case is DISMISSED in accordance with the Order dated June 17, 2016 (Dkt. No. 50). Plaintiffs' claims against defendant Assurity Financial Services, LLC are DISMISSED WITHOUT PREJUDICE, and her claims against Caliber are DISMISSED WITH PREJUDICE.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: August 15, 2016



WILLIAM H. ORRICK
United States District Judge